

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00302-CV

Susan Janysek **PAULER**, as Trustee of the Janysek Survivor's Trust and as Co-Trustee of the Janysek Family Mineral Trust, Richard J. Janysek, as Trustee of the Janysek Survivor's Trust and as Trustee of the 2015 Janysek Family Mineral Trust, Patrick Janysek, as Trustee of the Janysek Survivor's Trust and as Trustee of the 2015 Janysek Family Mineral Trust, Stephen M. Janysek, as Trustee of the 2015 Janysek Family Mineral Trust, Lucy Janysek Matejek, as Trustee of the 2015 Janysek Family Mineral Trust, Kathryn Janysek Kopecki, as Trustee of the 2015 Janysek Family Mineral Trust, Michael J. Janysek, as Co-Trustee of the Janysek Family Mineral Trust, Clare Janysek Smith, as Co-Trustee of the Janysek Family Mineral Trust, and Vincent G. Janysek, Jr., as Co-Trustee of the Janysek Family Mineral Trust,
Appellants

v.

**M & L MINERALS, LP**, Dorothy Moczygemba, Wilbert Lee Moczygemba, Alvin D. Moczygemba, Evelyn Michalec, Gene Moczygemba, EWIT Woelfel LP, Lori Wiatrek, Barbara Banduch, Albert Janysek, Lorraine Janysek, Deborah Arfele, Martin Jendrusch, Bernadette Jendrusch, Alan Jendrusch, Denise Jendrusch, Carol Wehlmann, Helen Malik, Carl Janysek, Donna M. Perry, Bennie J. Janysek, Concho Royalty Company, LP, Vivian Janysek, Timothy Janysek, Jarrett Janysek, and Nicholas Janysek,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 18-05-00124-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we withdraw our May 12, 2021 opinion and judgment in this case, REVERSE the judgment of the trial court, RENDER judgment that appellees M&L Minerals, LP, Dorothy Moczygemba, Wilbert Lee Moczygemba, Alvin D. Moczygemba, Evelyn Michalec, Gene Moczygemba, EWIT Woelfel LP, Lori Wiatrek, Barbara Banduch, Albert Janysek, Lorraine Janysek, Deborah Arfele, Martin Jendrusch, Bernadette Jendrusch, Alan Jendrusch, Denise Jendrusch, Carol Wehlmann, Helen Malik, Carl Janysek, Donna M. Perry, Bennie J. Janysek, and Concho Royalty Company, LP take nothing on their claim

for declaratory relief, and REMAND the cause to the trial court for further proceedings on appellants' outstanding counterclaims, if any, consistent with this court's opinion.

It is ORDERED that appellants recover their costs on appeal from appellees.

SIGNED July 7, 2021.

_____
Rebeca C. Martinez, Chief Justice